**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

**Tel: 626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br>**Plaintiff,**<br>**vs.**<br>**CHRIS RODRIGUEZ,**<br>**Defendant,** | **CASE NO. 2:14-cv-07146-WDK-PLA**<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CHRIS RODRIGUEZ, individually and d/b/a AY APAPA QUE RICO** |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant CHRIS RODRIGUEZ, individually and d/b/a AY APAPA QUE RICO, that the above-entitled action is hereby dismissed **without prejudice** against CHRIS RODRIGUEZ, individually and d/b/a AY APAPA QUE RICO.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by April 1, 2016, the dismissal shall be deemed to be **with prejudice**.

///

///

///

///

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

______________________________

**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

Dated: 02/22/16

///

///

///

///

///

///

///